UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

**CAROLYN KNELL,**

    **Plaintiff,**

v.

**BELL HELICOPTER TEXTRON INC.,**

    **Defendant.**                      No. 15-cv-188-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on January 8, 2016 (Doc. 23), this case is **DISMISSED** with prejudice.

                                          **JUSTINE FLANAGAN,**
                                          **ACTING CLERK OF COURT**

                                      BY:    /s/*Caitlin Fischer*
                                                  **Deputy Clerk**

Dated:  March 14, 2016

Digitally signed by Judge David R. Herndon
Date: 2016.03.14 15:35:01 -05'00'

APPROVED:
        U. S. DISTRICT JUDGE